### REED v. STATE.
No. 13916.

Court of Criminal Appeals of Texas.
Oct. 29, 1930.

Jack B. Deahl, of Wellington, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction is for unlawful transportation of intoxicating liquor; punishment assessed being one year in the penitentiary.

No statement of facts or bills of exception are found in the record. The indictment appears to be regular. Nothing is presented for review.

The judgment is affirmed.

HAWKINS, J., absent.